On petition for review filed December 9, 1998, petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration August 12, 1999

Judy M. BRAY,
Personal Representative for the Estate of
Roy William Bray,
*Petitioner on Review,*

*v.*

AMERICAN PROPERTY MANAGEMENT CORP.,
an Oregon corporation,
*Respondent on Review,*
*and*

Joseph E. WESTON,
Marilyn Weston and
American Property Management Corp.,
a general partnership doing business as
Weston Investment Co.,
*Defendants.*

(CC 9504 02768; CA A93122; SC S45970)

984 P2d 854

Maureen Leonard and Dennis H. Elliott, Portland, filed the petition for petitioner on review.

Thomas M. Christ, Portland, filed the response and memorandum for respondent on review.

Douglas G. Schaller and Marilyn A. Heiken, of Johnson, Clifton, Larson & Corson, P.C., Eugene, filed the brief for *amicus curiae* Oregon Trial Lawyers Association.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *Fearing v. Bucher*, 328 Or 367, 977 P2d 1163 (1999), and *Lourim v. Swenson*, 328 Or 380, 977 P2d 1157 (1999).